IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 :  : : E.D.Pa. ACTION NOS.: : 23-md-3074 : 2:23-cv-2282 : 2:23-cv-2293 : 2:23-cv-2294 : 2:23-cv-2338 |

## ORDER

AND NOW, this 25th day of July 2023, following today's initial pretrial conference with lead counsel mindful of our July 12, 2023 Order granting Plaintiffs leave to file a Consolidated Complaint and mooting motions pending in the transferee districts before centralization before us, it is **ORDERED** Defendants' Motions to dismiss in No. 23-cv-2282, ECF No. 7; No. 23-cv-2293, ECF No. 16; No. 22-cv-2294, ECF No. 8; and in No. 23-cv-2338, ECF No. 13 are **DENIED** as withdrawn without prejudice to move in response to the Consolidated Complaint.

KEARNEY, J.